# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 17, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141513(18)

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellee,

v

SCOTT BENNETT HARRIS,
         Defendant-Appellant.

_____

SC: 141513
COA: 297182
Muskegon CC: 08-056761-FH

On order of the Chief Justice, the motion by defendant-appellant for extension to February 15, 2011 of the time for filing his brief and appendix is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 17, 2011 _____          _____
                                                                                    Clerk